# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VERSA CORPORATION,** | ) | |
| | ) | 8:03CV96 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SIOUX AUTOMATION CENTER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's "Consented To Motion For Extension Of Deadlines" (Filing No. 46). Upon consideration,

**IT IS ORDERED:**

The defendant's ""Consented To Motion For Extension Of Deadlines" (Filing No. 46) is granted.

DATED this 22nd day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge